UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:24-cv-00041

**John Jackson,**
*Plaintiff,*

v.

**FNU Johnson et al.,**
*Defendants.*

# ORDER

Plaintiff, a prisoner confined within the Texas Department of Criminal Justice proceeding pro se, brought this action under 42 U.S.C. § 1983. Doc. 1. The case was referred to a magistrate judge who issued a report recommending that the court dismiss plaintiff's case with prejudice for failure to state a claim upon which relief may be granted. Doc. 4 at 7. Plaintiff acknowledged receipt of the report but did not file written objections. Doc. 5.

When there have been no timely objections to a report, "the court need only satisfy itself that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b), advisory committee's notes to 1983 amendment. Having reviewed the record and being satisfied that there is no clear error, the court accepts the report's findings and recommendations. Accordingly, the case is dismissed with prejudice. Any pending motions are denied as moot.

*So ordered by the court on December 15, 2025.*

J. CAMPBELL BARKER
United States District Judge